In the Matter of the Petition of MARY A. STARRS and GEORGE T. STARRS to Prove the Last Will and Testament of CHARLES M. STARRS, Late of the County of Kings, Deceased. MARY A. STARRS and GEORGE T. STARRS, as Executors Named in the Last Will of CHARLES M. STARRS, Deceased, Appellants; JUNE DOYLE, Respondent.— Decree of the Surrogate's Court of Kings county and order denying motion for a new trial reversed on the law and the facts and a new trial ordered, costs to abide the event. The verdict that decedent lacked testamentary capacity is against the weight of the credible evidence. Appeal from order denying motion to vacate demand for jury trial dismissed. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

JOY-SIMPSON, INC., Respondent, v. TYMON HOMES CO., INC., and SOUTHERN SURETY COMPANY OF NEW YORK, Appellants, Impleaded with Others, Defendants. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

KENSINGTON SECURITY BANK AND TRUST COMPANY, a Pennsylvania Corporation, Respondent, v. SEASHORE AND SUBURBAN REALTY CORPORATION and Others, Defendants; JAMES L. PENNEY, Appellant.— Order of the County Court of Nassau county granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

ACHILLE MOGANNTE, Respondent, v. JOSEPH ALLAR, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

NASSAU SUFFOLK LUMBER AND SUPPLY CORPORATION, Respondent, v. CARMINE PASCUCCI and ROSE PASCUCCI, Appellants, Impleaded with DOMENICO PALONE and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MARINE NELSON, as Administratrix, etc., of ALBERT NELSON, Deceased, Respondent, v. JOHN J. FELIN & Co., INC., Appellant.— Judgment and judgment as amended unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.